IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| FORT BENNING FAMILY COMMUNITIES, LLC, * <br>       Plaintiff, * <br> v. * <br> JERROD D. HALL, * <br>       Defendant. * | CASE NO. 4:11-CV-169 (CDL) |

### ORDER

Plaintiff having filed a Motion for Default Judgment (ECF No. 9) and the Clerk having entered an Entry of Default on January 13, 2012, Plaintiff's Motion for Default Judgment is hereby GRANTED. Upon review of a supporting affidavit filed by Plaintiff, the Court hereby awards liquidated damages in the form of back rent to Plaintiff in the amount of $3,338.30. Plaintiff is also awarded costs in the amount of $350.00 for the filing fee in this case and $80.00 for service of process of the complaint for a total of $430.00.

It is further ordered that Plaintiff be granted an order of possession of the property located at 181-B Arrowhead Road, Fort Benning, Georgia, 31905, which is located on the Fort Benning military installation. The post authorities at Fort Benning are hereby authorized to evict Defendant JERROD D. HALL from the premises and to place Plaintiff in full possession of said premises. Said eviction will take place on or before January 20, 2012.

SO ORDERED this 17th day of January, 2012.

                                                 s/Clay D. Land
                                                 CLAY D. LAND
                                                 UNITED STATES DISTRICT JUDGE